UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE FOLEY                                                     CIVIL ACTION

VERSUS

BURL CAIN, ET AL.                                 NO.: 13-00370-BAJ-SCR

### RULING AND ORDER

On January 14, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Willie Foley's ("Plaintiff") Motion for Summary Judgment (Doc. 18) be denied. (Doc. 27).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 27 at p. 1). A review of the record indicates that Plaintiff has not filed any objections to date.[1]

---

[1] The Magistrate Judge's Report was sent on January 14, 2015, via the Louisiana State Penitentiary's ("LSP") e-file system, but was returned as undeliverable because Plaintiff was no longer incarcerated at LSP. (Doc. 28). After contacting the Department of Corrections to confirm Plaintiff's current place of incarceration, the Report and Recommendation was resent to Elayn Hunt Correctional Center in St. Gabriel, Louisiana, on January 21, 2015, via the United States Postal Service. As of February 18, 2015, Plaintiff has not submitted any objections, and the mail was not returned.

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 27)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 18)** is **DENIED**.

**IT IS FURTHER ORDERED** that this matter be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 18th day of February, 2015.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**