UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE FOLEY | CIVIL ACTION |
| VERSUS | |
| BURL CAIN, ET AL. | NO.: 13-00370-BAJ-SCR |

## RULING AND ORDER

On January 14, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Defendants Burl Cain and Saundra Rosso's ("Defendants") Motion to Dismiss (Doc. 16) be granted in part, dismissing Plaintiff Willie Foley's ("Plaintiff") claims for compensatory damages, but denied in all other respects. (Doc. 26).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 26 at p. 1). A review of the record indicates that Plaintiff has not filed any objections to date.[1]

---

[1] The Magistrate Judge's Report and Recommendation was sent on January 14, 2015, via the Louisiana State Penitentiary's ("LSP") e-file system, but was returned as undeliverable because Plaintiff was no longer incarcerated at LSP. (Doc. 28). After contacting the Department of Corrections to confirm Plaintiff's current place of incarceration, the Report and Recommendation was resent to Elayn Hunt Correctional Center in St. Gabriel, Louisiana, on January 21, 2015, via the United States Postal Service. As of February 18, 2015, Plaintiff has not submitted any objections, and the mail was not returned.

Having carefully considered the Plaintiff's complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 26) is ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 16)** be **GRANTED IN PART**, dismissing Plaintiff's claims for compensatory damages, and **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that this matter be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 18th day of February, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**