UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE FOLEY | CIVIL ACTION |
| VERSUS | |
| BURL CAIN, ET AL. | NO.:13-00370-BAJ-SCR |

## RULING AND ORDER

On March 13, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Willie Foley's ("Plaintiff") Motion for Summary Judgment (Doc. 18) be denied, but that summary judgment be granted in favor of Defendants Burl Cain and Sandra Rosso ("Defendants") as there are no genuine disputes of material fact. (Doc. 32).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 32 at p. 1). A review of the record indicates that Plaintiff has not filed any objections to date.

Having carefully considered the Plaintiff's complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 32)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that summary judgment is **GRANTED** in favor of Defendants, and this action is **DISMISSED**.

Baton Rouge, Louisiana, this 2nd day of April, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA